IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEVIN PUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:25cv612-MHT |
| ) | (WO) |
| OLE HOTEL and CECILA, ) | |
| ) | |
| Defendants. ) | |

OPINION

Plaintiff, who is pro se, filed this lawsuit asserting that defendants, a hotel and a person affiliated with the hotel, discriminate against Black guests in violation of the Civil Rights Act and the Fourth, Eighth, and Fourteenth Amendments. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of December, 2025.

                        /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**