IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| DEVIN PUGH, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv612-MHT |
| | ) | (WO) |
| OLE HOTEL and CECILA, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 10) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute or obey a court order.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 17th day of December, 2025.

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**